IN THE SUPREME COURT OF THE STATE OF NEVADA

AGUSTIN BARANDA, A/K/A
AUGUSTIN VIDAL BARANDA,
                          Appellant,
            vs.
THE STATE OF NEVADA,
                          Respondent.

No. 71933

FILED

MAR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a motion to correct an illegal sentence. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

No decision, oral or written, had been made on the motion when appellant filed his appeal on December 7, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elissa F. Cadish, District Judge
      Agustin Baranda
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-08538